UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**EDWIN ORJUELA,**

        **Plaintiff,**

v.                                      **Case No: 6:17-cv-472-Orl-41GJK**

**ONEMAIN FINANCIAL GROUP, LLC,**

        **Defendant.**

_____/

## ORDER

THIS CAUSE is before the Court on the Notice of Pending Settlement (Doc. 14), wherein the parties have advised the Court that they have reached a settlement in this case.

Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida on October 27, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record